Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy  4/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| **1.** | **Debtor's name** | **OptCo Residential Painting, LLC** |
| **2.** | **All other names debtor used in the last 8 years**  Include any assumed names, trade names and *doing business as* names | |
| **3.** | **Debtor's federal Employer Identification Number** (EIN) | **20-1679633** |

**4. Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **5136 S. Desert View Dr.**  **Apache Junction, AZ 85120**  Number, Street, City, State & ZIP Code | **18521 E. Queen Creek Rd.**  **Bldg 105, Suite 619**  **Queen Creek, AZ 85142**  P.O. Box, Number, Street, City, State & ZIP Code |
| **Pinal**  County | **Location of principal assets, if different from principal place of business**  **5051 S. Warner Drive Apache Junction, AZ 85120**  Number, Street, City, State & ZIP Code |

**5. Debtor's website** (URL) _____

**6. Type of debtor**
- ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
- ☐ Partnership (excluding LLP)
- ☐ Other. Specify: _____

Debtor    **OptCo Residential Painting, LLC**              Case number (*if known*) _____
         Name

**7.  Describe debtor's business**    A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
   See http://www.uscourts.gov/four-digit-national-association-naics-codes.
   ____

**8.  Under which chapter of the Bankruptcy Code is the debtor filing?**    *Check one:*

☐ Chapter 7
☐ Chapter 9
■ Chapter 11. *Check all that apply*:

   ■ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).
   ■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
   ☐ A plan is being filed with this petition.
   ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
   ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
   ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.  Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

■ No.
☐ Yes.

If more than 2 cases, attach a separate list.

District _____ When _____ Case number _____
District _____ When _____ Case number _____

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

Debtor _____                                Relationship _____
District _____ When _____ Case number, if known _____

| Debtor | OptCo Residential Painting, LLC | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

**11. Why is the case filed in *this district*?**

*Check all that apply:*

- ■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.
- ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

- ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
  What is the hazard? _____
- ☐ It needs to be physically secured or protected from the weather.
- ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).
- ☐ Other _____

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____
Contact name _____
Phone _____

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

- ■ Funds will be available for distribution to unsecured creditors.
- ☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

- ■ 1-49
- ☐ 50-99
- ☐ 100-199
- ☐ 200-999
- ☐ 1,000-5,000
- ☐ 5001-10,000
- ☐ 10,001-25,000
- ☐ 25,001-50,000
- ☐ 50,001-100,000
- ☐ More than 100,000

**15. Estimated Assets**

- ■ $0 - $50,000
- ☐ $50,001 - $100,000
- ☐ $100,001 - $500,000
- ☐ $500,001 - $1 million
- ☐ $1,000,001 - $10 million
- ☐ $10,000,001 - $50 million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million
- ☐ $500,000,001 - $1 billion
- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

**16. Estimated liabilities**

- ☐ $0 - $50,000
- ☐ $50,001 - $100,000
- ☐ $100,001 - $500,000
- ☐ $500,001 - $1 million
- ■ $1,000,001 - $10 million
- ☐ $10,000,001 - $50 million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million
- ☐ $500,000,001 - $1 billion
- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

| Debtor | OptCo Residential Painting, LLC | Case number (*if known*) |
|---|---|---|
| | Name | |

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **May 31, 2017**
　　　　　　　MM / DD / YYYY

**X** **/s/ Joseph Cook**　　　　　　　　　　　　　　　　　　**Joseph Cook**
　　Signature of authorized representative of debtor　　　　　　Printed name

Title  **Personal Representative of Estate of Allan Kauffman**

**18. Signature of attorney**

**X** **/s/ Pernell W. McGuire**　　　　　　　　　　　Date **May 31, 2017**
　　Signature of attorney for debtor　　　　　　　　　　　　MM / DD / YYYY

**Pernell W. McGuire**
Printed name

**Davis Miles McGuire Gardner, PLLC**
Firm name

**40 E. Rio Salado Parkway, Suite 425**
**Tempe, AZ 85281**
Number, Street, City, State & ZIP Code

Contact phone  **(480) 733-6800**　　Email address  **azbankruptcy@davismiles.com**

**015909**
Bar number and State

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders 12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| Ally Payment Processing Center PO BOX 9001948 Louisville, KY 40290 | | | | | | $14,180.81 |
| American Express PO BOX 650448 Dallas, TX 75265-0448 | | | | | | $67,954.00 |
| American Express PO BOX 650448 Dallas, TX 75265-0448 | | | | | | $27,710.44 |
| Bank of America PO BOX 15710 Wilmington, DE 19850-5710 | | | | | | $36,969.17 |
| Bank of America PO BOX 15710 Wilmington, DE 19850-5710 | | | | | | $21,021.10 |
| Bank of America PO BOX 15710 Wilmington, DE 19850-5710 | | | | | | $20,404.95 |
| BBVA-Compass Bank 2850 E. Camelback Road Suite 190B Phoenix, AZ 85016 | | | Contingent | | | $5,800,000.00 |
| Dunn Edwards PO BOX 30389 Los Angeles, CA 90030-0389 | | | | | | $33,221.71 |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Endurance Insurance<br>750 Third Avenue, 2nd Floor<br>New York, NY 10017 | | | Contingent | | | $697,000.00 |
| First Insurance Funding Corp.<br>PO BOX 7000<br>Carol Stream, IL 60197-7000 | | | | | | $2,254.76 |
| Ford Motor Credit<br>PO Box 790119<br>Saint Louis, MO 63179-0019 | | | | | | $11,084.79 |
| Ford Motor Credit Company<br>PO BOX 790093<br>Saint Louis, MO 63179-0093 | | | | | | $11,107.15 |
| JP Morgan Chase Bank<br>PO BOX 94014<br>Palatine, IL 60074 | | | | | | $26,186.70 |
| Merchants Capital Access<br>525 Broadhollow Road<br>Melville, NY 11747 | | | Contingent | | | $145,000.00 |
| Nationwide<br>P.O. Box 514540<br>Los Angeles, CA 90051-4540 | | | | | | $859.65 |
| Porch.com<br>2200 1st Avenue South<br>Seattle, WA 98134 | | | | | | $880.00 |
| PPG Architectual Finishes<br>PO BOX 676340<br>Dallas, TX 75267-6340 | | | | | | $58,390.58 |
| Prime Alliance Bank Inc.<br>c/o Michael F. Christensen<br>68 So. Main, Floor 6<br>Salt Lake City, UT 84101 | | | Contingent | | | $1,425,000.00 |
| Sherwin Williams<br>11840 N. 28th Dr.<br>Suite 101<br>Phoenix, AZ 85029 | | | | | | $10,126.17 |

| Debtor | OptCo Residential Painting, LLC | | | Case number *(if known)* | | |
| --- | --- | --- | --- | --- | --- | --- |
| **Name of creditor and complete mailing address, including zip code** | **Name, telephone number and email address of creditor contact** | **Nature of claim** (for example, trade debts, bank loans, professional services, | **Indicate if claim is contingent, unliquidated, or disputed** | **Amount of claim** If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **Starr Companies Starr Adjustment Svc. Inc. 17550 N. Perimeter Drive, Suite 340 Scottsdale, AZ 85255** | | | **Contingent Unliquidated** | | | $65,000.00 |

OptCo Residential Painting, LLC -

ALLY PAYMENT PROCESSING CENTER
PO BOX 9001948
LOUISVILLE KY 40290


AMERICAN EXPRESS
PO BOX 650448
DALLAS TX 75265-0448


BANK OF AMERICA
PO BOX 15710
WILMINGTON DE 19850-5710


BBVA-COMPASS BANK
2850 E. CAMELBACK ROAD
SUITE 190B
PHOENIX AZ 85016


CITY OF PHOENIX
PO BOX 29125
PHOENIX AZ 85038-9125


DUNN EDWARDS
PO BOX 30389
LOS ANGELES CA 90030-0389


ELECTRIC LIGHTWAVE
PO BOX 2966
MILWAUKEE WI 53201-2966


ENDURANCE INSURANCE
750 THIRD AVENUE, 2ND FLOOR
NEW YORK NY 10017


FIRST INSURANCE FUNDING CORP.
PO BOX 7000
CAROL STREAM IL 60197-7000


FORD MOTOR CREDIT
PO BOX 790119
SAINT LOUIS MO 63179-0019


FORD MOTOR CREDIT COMPANY
PO BOX 790093
SAINT LOUIS MO 63179-0093

OptCo Residential Painting, LLC -


INTEGRA TELECOM
PO BOX 2966
MILWAUKEE WI 53201-2966


JP MORGAN CHASE BANK
PO BOX 94014
PALATINE IL 60074


MERCHANTS CAPITAL ACCESS
525 BROADHOLLOW ROAD
MELVILLE NY 11747


MOBILE MINI, INC.
PO BOX 7144
PASADENA CA 91109-7144


NATIONWIDE
P.O. BOX 514540
LOS ANGELES CA 90051-4540


PAINTER'S SUPPLY
1126 S. MESA DRIVE
MESA AZ 85210


PORCH.COM
2200 1ST AVENUE SOUTH
SEATTLE WA 98134


PPG ARCHITECTUAL FINISHES
PO BOX 676340
DALLAS TX 75267-6340


PRIME ALLIANCE BANK INC.
C/O MICHAEL F. CHRISTENSEN
68 SO. MAIN, FLOOR 6
SALT LAKE CITY UT 84101


SHERWIN WILLIAMS
11840 N. 28TH DR.
SUITE 101
PHOENIX AZ 85029


SOLSOURCES, LLC
4502 W. CAROL AVE.
GLENDALE AZ 85302

OptCo Residential Painting, LLC -


STARR COMPANIES
STARR ADJUSTMENT SVC. INC.
17550 N. PERIMETER DRIVE, SUITE 340
SCOTTSDALE AZ 85255


WASTE MANAGEMENT OF ARIZONA
P.O. BOX 78251
PHOENIX AZ 85062-8251

In re **OptCo Residential Painting, LLC**     Case No.
                         Debtor(s)     Chapter **11**

# CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **OptCo Residential Painting, LLC** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

| | |
|---|---|
| **May 31, 2017** | **/s/ Pernell W. McGuire** |
| Date | **Pernell W. McGuire 015909** |
| | Signature of Attorney or Litigant |
| | Counsel for **OptCo Residential Painting, LLC** |
| | **Davis Miles McGuire Gardner, PLLC** |
| | **40 E. Rio Salado Parkway, Suite 425** |
| | **Tempe, AZ 85281** |
| | **(480) 733-6800 Fax:(480) 733-3748** |
| | **azbankruptcy@davismiles.com** |